NICHOLAS F. REYES # 102114
ATTORNEY AT LAW
1107 R STREET
FRESNO, CALIFORNIA 93721
Telephone: 559.486.4500
Fax:            559.486.4533
Email: nfreyeslaw@gmail.com
Cell:            559.259.4287

Attorney for Defendant
**JUAN MARTINEZ REYES**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CASE NO. 1:20-CR-00174-DAD-BAM** |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATED ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |
| v. | ) ) | |
| JUAN MARTINEZ REYES, | ) ) | |
| Defendant. | ) ) ) | |

Defendant, JUAN MARTINEZ REYES, by and through counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, ANTONIO J. PATACA, Assistant United States Attorney for the Eastern District of California, hereby stipulate as follows:

WHEREAS, based upon recommendation of Pretrial Services and the defendant's exemplary compliance with all terms and conditions of Court ordered pretrial release, the parties are in agreement and request this Court approve the following removal of pretrial release conditions.

IT IS HEREBY STIPULATED AS FOLLOWS:

**CONDITIONS OF RELEASE TO BE REMOVED**

*"Paragraph 6: The defendant is placed in the custody of Jovanna Marie Sanchez who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears."*

All previously imposed conditions, not in conflict with this order, shall remain in full force and effect as found in the prior court order, Document 76, filed November 20, 2020, in the above referenced case.

Dated: August 24, 2022        /s/ Antonio J. Pataca
                              ANTONIO J. PATACA, AUSA

Dated: August 24, 2022        /s/ Nicholas F. Reyes
                              NICHOLAS F. REYES, ESQ.

**IT IS SO ORDERED**

Dated: 8/24/2022              _Sheila K. Oberto_
                              U.S. MAGISTRATE JUDGE

2