PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MARTINEZ-REYES<br>Defendants. | CASE NO. 1:20-CR-00174-NODJ-BAM<br><br>**STIPULATION TO VACATE CHANGE OF PLEA HEARING AND SET STATUS CONFERENCE HEARING; ORDER** |

Plaintiff, the United States, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a change of plea hearing on June 5, 2024. Additionally, the time was excluded from April 24, 2024, through June 5, 2024, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

2. By this stipulation, the defendant requests that the change of plea hearing be vacated and a status conference be scheduled for August 14, 2024. The defendant moves to exclude time from June 5, 2024, through August 14, 2024, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

3. This is the earliest available date to ensure continuity of defense counsel and allow sufficient time for trial preparation and further defense investigation.

4. The parties stipulate and request that the Court make the following findings:

   a) The government has produced discovery to defense counsel and made other items

available for inspection and copying.  The government will timely produce supplemental discovery, if any, that comes into its possession as it prepares for trial.  The government has conveyed plea offers to all defendants.

      b)      The government continues to engage in plea negotiations with defendants Vega-Guzman and Martinez-Reyes through defense counsel.  Defense counsel for Vega-Guzman and Martinez-Reyes desire additional time to potentially resolve their client's cases, conduct additional investigation, and otherwise prepare for trial.

      c)      Defense counsel desires additional time to complete their review of the discovery, perform additional investigation, conduct legal research, conduct plea negotiations, prepare pretrial motions, and otherwise prepare for trial.

      d)      Defense counsel believes that failure to grant the above-requested continuance will deny them necessary and reasonable time for effective preparation.

      e)      Based on the above findings, the ends of justice served by continuing the trial as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the period of June 5, 2024, through August 14, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

1 | Dated: June 3, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney

Dated: June 3, 2024

/s/ *Nicholas Reyes*
Attorney for Defendant Juan Martinez-Reyes

STIPULATION TO VACATE CHANGE OF PLEA AND SET STATUS CONFERENCE

3

**ORDER**

The change of plea hearing scheduled for June 5, 2024, is hereby vacated.  A status conference is scheduled for **August 14, 2024 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Counsel are directed to meet and confer and select a mutually convenient date for trial to be discussed at the next hearing date.

Further, time is excluded from June 5, 2024, through August 14, 2024, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

IT IS SO ORDERED.

Dated:   **June 3, 2024**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE