1  KIMBERLY A. SANCHEZ
   Acting United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11  | UNITED STATES OF AMERICA, | **CASE NO. 1:20-CR-00174 DAD-BAM** |
    |---|---|
    | Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; AND ORDER |
    | v. | |
    | JUAN MARTINEZ-REYES, | |
    | Defendant. | |

18      Plaintiff, the United States, by and through its counsel of record, and the defendants, by and
19  through their counsel of record, hereby stipulate as follows:
20      1.   By previous order, this case was set for status on August 13, 2025, and for trial on
21  September 9, 2025.
22      2.   The United States and defendant, Juan Martinez Reyes, request that the Court vacate the
23  status conference as to him only, and set this matter for a change of plea hearing on September 8, 2025.
24  No exclusion of time is necessary as time has already been excluded through September 9, 2025.
25  ///
26  ///
27  ///
28  ///

STIPULATION TO SET CHANGE OF PLEA HEARING            1

Dated: August 6, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ *Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney

Dated: August 6, 2025

/s/ *Nicholas Reyes*
Attorney for Defendant Juan Martinez-Reyes

## ORDER

IT IS SO ORDERED that the status conference set for August 13, 2025, is vacated. A change of plea hearing is set for **September 8, 2025, at 10:00 a.m. in Courtroom 5 before District Court Judge Dale A Drozd**. Time was previously excluded through September 9, 2025.

IT IS SO ORDERED.

Dated:   **August 6, 2025**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION TO SET CHANGE OF PLEA HEARING          2