NICHOLAS F. REYES, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 "R" Street
Fresno, CA 93721
Telephone:  559-486-4500
Facsimile: 559-486-4533
E-mail: nfreyeslaw@gmail.com

Attorney for Defendant
JUAN MARTINEZ-REYES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00174-DAD-BAM |
|---|---|
| Plaintiff, | APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY |
| v. | |
| JUAN MARTINEZ-REYES, | |
| Defendant. | |

JUAN MARTINEZ-REYES, by and through his attorney of record, Nicholas F. Reyes, hereby requests an order exonerating the property bond for reconveyance of real property in this action.

On November 17, 2020, real property owned by ELIZABETH PAMPLONA was posted as collateral for the release of defendant JUAN MARTINEZ-REYES.  The Deed of Trust in the amount of $100,000 was recorded in Tulare County on property described as APN: 168-163-010-000, Document No. 2020-0074244, property address 1703 W. Tyson Ave, Tulare, California 93274.

Defendant was sentenced December 15, 2025.  Defendant has turned himself in and is currently serving his sentence at Victorville Medium Federal Correctional Institution.

1

Therefore, it is respectfully requested that the property bond in this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Elizabeth Pamplona

Dated: March 11, 2026

/s/ Nicholas  F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

## **ORDER**

The property bond in the above-captioned case is exonerated and the Clerk of the Court is directed reconvey title to the real property to Elizabeth Pamplona.

IT IS SO ORDERED.

Dated:    **March 12, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2